UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VERNIE C. DIAL,<br><br>                Petitioner,<br><br>    v.<br><br>LYDELL B. SHERRER, et al.,<br><br>                Respondent. | Civil Action No. 03-2623 (JBS)<br><br>**O R D E R**<br>**CLOSED** |

For the reasons expressed in the Opinion filed herewith,

IT IS on this **16th** day of **December**, **2005**

ORDERED that Petitioner's application for habeas corpus relief is DENIED and the Petition is DISMISSED; and it is further

ORDERED that no certificate of appealability shall issue under 28 U.S.C. § 2253(C); and it is finally

ORDERED that the Clerk shall serve copies of this Order and Opinion by regular mail on all parties in this matter.

                                                            s/ Jerome B. Simandle
                                                            **JEROME B. SIMANDLE**
                                                             **UNITED STATES DISTRICT JUDGE**